UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**WILLIAM L. ROBINSON**                                             **PETITIONER**

**v.**                                                               **CIVIL ACTION NO. 3:11CV-P356-C**

**FCI-TERRE HAUTE**                                             **RESPONDENT**

## MEMORANDUM OPINION

The petitioner, William L. Robinson, filed a *pro se* letter that the court construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order entered June 15, 2011, the court directed Robinson to file his § 2241 petition on a court-supplied form within 30 days. On June 21, 2011, the clerk of court issued a notice of deficiency directing Robinson, within 30 days, to pay the $5.00 filing fee or file a motion to proceed *in forma pauperis*. Robinson failed to respond to either directive. The court, therefore, entered an order on August 5, 2011, directing Robinson, within 21 days, to show cause why the instant action should not be dismissed for failure to comply with the court's prior order and the clerk of court's notice of deficiency or, alternatively, to (1) file a fully completed court-supplied § 2241 petition for writ of habeas corpus; and (2) either pay the $5.00 filing fee or file an application to proceed without prepayment of fees. The court warned Robinson that his failure to comply with any part of the order within the 21-day period would result in dismissal of this civil action. The 21-day period has expired, and a review of the record reveals

that Robinson has failed to comply.

The court, therefore, will dismiss this action for failure to prosecute and for failure to comply with prior orders of this court pursuant to Fed. R. Civ. P. 41(b).

The clerk of court is **DIRECTED** to send Robinson a copy of this memorandum opinion and the accompanying order.

Signed on  October 11, 2011

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**